Shah Peerally (CA Bar No: 230818)
Erich Keefe (CA Bar No: 226746)
LAW OFFICES OF SHAH PEERALLY
4510 Peralta Blvd, Suite 23
Fremont, CA 94536
Telephone: (510) 742 5887
Fax: (510) 742 5877

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO, CALIFORNIA

_____

| | |
|---|---|
| Minnhaj Shahab, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | Case No. C08-00550 |
| vs. ) | |
| ) | |
| Peter Keisler, Acting Attorney General of the ) | MOTION FOR VOLUNTARY |
| United States; Michael Chertoff, Secretary of the ) | DISMISSAL; AND ORDER |
| Department of Homeland Security; Emilio ) | |
| Gonzalez, Director of United States Citizenship & ) | |
| Immigration Services; Robert S. Mueller, III, ) | |
| Christina Poulos, Director of the California Service ) | |
| Center; Robin Barrett, USCIS District Director, ) | A 096-322-912 |
| et al; ) | MSC-05-23827391 |
|    Defendants ) | |
| _____ ) | |

Plaintiff, by and through his attorney of record, hereby moves the Court to dismiss the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for lawful permanent resident status.

March 25, 2008                                                                                          Respectfully submitted,

                                                                                                                    Attorneys for Plaintiff

Minhaj Shahab DISMISSAL                                                                                              1

_s/Shah Peerally____
Shah Peerally, Esq.
Attorney for Plaintiff

_s/Erich Keefe_
Erich Keefe, Esq.
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Date:    March 26, 2008

